IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>THOMAS E. JOHNSON, JR.,<br><br>      Defendant. | 8:21CR123<br><br><br>ORDER |

  This matter is before the Court on defendant Thomas E. Johnson, Jr.'s ("Johnson") application to proceed in forma pauperis ("IFP") on appeal (Filing No. 43). Under Federal Rule of Appellate Procedure 24(a)(1), a party "who desires to appeal in forma pauperis must file a motion in the district court" and "attach an affidavit that . . . shows in detail . . . the party's inability to pay or to give security for fees and costs." Johnson has made such a showing (Filing No. 45). The Court further finds no indication that the appeal is not taken in good faith. As such, Johnson is granted leave to proceed IFP on appeal pursuant to Rule 24(a)(1).

  IT IS SO ORDERED.

  Dated this 11th day of April 2022.

                     BY THE COURT:

                     Robert F. Rossiter, Jr.
                     Chief United States District Judge